UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERIC MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00923-JMS-MJD |
| | ) | |
| ELEVANCE HEALTH, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Joint

Stipulation.  [Dkt. 9.]  The Court, being duly advised, hereby **GRANTS** the motion to the extent

set forth below:

1. The Court acknowledges that Defendants have accepted service of the Initial Complaint;

2. Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Initial Complaint until after a Lead Plaintiff has been appointed and a deadline has been established by the Court; and

3. Within **seven (7) days** of the Court's appointment of Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B), counsel for Lead Plaintiff and Defendants shall meet and confer regarding scheduling and shall submit for the Court's approval a proposed schedule for the filing of an amended or consolidated complaint (if any) and the filing of any motion to dismiss and related briefing, along with a motion seeking entry of the same.

SO ORDERED.

Dated:  25 JUN 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.