**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ERIC MILLER, on Behalf of Himself and All Others Similarly Situated, | No. 1:25-cv-00923-JMS-MJD |
| Plaintiff, | |
| vs. | |
| ELEVANCE HEALTH, INC., et al., | |
| Defendants. | |

**RESPONSE TO COMPETING LEAD PLAINTIFF MOTION**

On the statutory deadline, two movants sought appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) Public School Teachers' Pension and Retirement Fund of Chicago ("CTPF"); and (2) Stichting juridisch eigenaar Achmea IM Liquid Asset Funds, Stichting Bewaarder Achmea Beleggingspools, and Stichting Bewaarder Syntrus Achmea Beleggingspools. *See* [Filing Nos. 18, 19.]

Pursuant to the PSLRA, district courts are to adopt a presumption that the movant with the largest financial interest in the relief sought by the class is the "most adequate plaintiff" if that movant makes a satisfactory showing that it also satisfies the requirements of Fed. R. Civ. P. 23. 15 U.S.C. §78u-4(a)(3)(B)(iii). Here, CTPF possesses a substantial financial interest and has prior successful experience serving as lead plaintiff in securities cases like this one. Moreover, as one of the nation's oldest public pension systems, CTPF faces no exceptions or challenges to its standing or ability to typically and adequately represent the class that defendants could exploit to the class's

- 1 -

4904-0215-1767.v1

detriment.  CTPF remains ready, willing, and able to fulfill the lead plaintiff role on behalf of the class.

DATED:  July 25, 2025                              Respectfully Submitted,

/s/ Jonathan A. Knoll
Irwin B. Levin (#8786-49)
Jonathan A. Knoll (#29324-49)
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
ilevin@cohenmalad.com
jknoll@cohenmalad.com

Local Counsel for Proposed Lead Plaintiff

Darren J. Robbins
Danielle S. Myers
Michael Albert
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

4904-0215-1767.v1