UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERIC MILLER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00923-JRS-MJD |
| | ) | |
| ELEVANCE HEALTH, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR SEPTEMBER 11, 2025**
**TELEPHONIC HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic hearing on the parties' Joint Motion for Approval of Joint Stipulation. [Dkt. 41.]  The motion seeks to establish deadlines for the Lead Plaintiff to file an amended or consolidated complaint, and for Defendants to respond thereto. Following a discussion with the parties, the motion is **GRANTED IN PART** and **DENIED IN PART** and the Court orders as follows:

1. Lead Plaintiff shall file any amended or consolidated complaint on or before **October 7, 2025**.

2. Defendants shall respond to the amended or consolidated complaint on or before **November 12, 2025**.  If Defendants file a motion to dismiss, Plaintiffs shall respond thereto on or before **December 18, 2025**, and Defendants shall file any reply in support of the motion on or before **January 9, 2026**.

In addition, the initial pretrial conference scheduled on September 18, 2025 [Dkt. 31] is hereby **VACATED**.

SO ORDERED.

Dated:  11 SEP 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.