# EXHIBIT 1

| | |
|---|---|
| **From:** | Jeremy Robinson |
| **Sent:** | Monday, October 27, 2025 12:32 PM |
| **To:** | William Regan; Wuertz, Allison M |
| **Cc:** | Lauren Salamon; Joseph N. Williams; Karin Fisch; James Notis; Timothy Clark Dauz; Salvatore Graziano; Thomas Sperber; Kelly Hogan |
| **Subject:** | RE: Miller v. Elevance Health, Inc., No. 1:25-cv-00923-JRS-MJD |

Counsel:  We write yet again to follow-up on our request first made to you on October 15.  Defendants stated that they would respond last week—but did not do so.

Plaintiffs intend to raise this issue with the Court promptly.  Please let us know Defendants' availability to meet and confer today or tomorrow.

If Defendants do not respond or otherwise continue to delay, we intend to also raise that with the Court.

Best,
Jeremy

_____
Jeremy P. Robinson
**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507

---

**From:** Jeremy Robinson
**Sent:** Wednesday, October 22, 2025 2:13 PM
**To:** 'Regan, William M.' <william.regan@hoganlovells.com>; Wuertz, Allison M <allison.wuertz@hoganlovells.com>
**Cc:** Lauren Salamon <lsalamon@gelaw.com>; Joseph N. Williams <joe@williamsgroup.law>; Karin Fisch <kfisch@gelaw.com>; James Notis <jnotis@gelaw.com>; Timothy Clark Dauz <tdauz@gelaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Kelly Hogan <Kelly.Hogan@blbglaw.com>
**Subject:** RE: Miller v. Elevance Health, Inc., No. 1:25-cv-00923-JRS-MJD

Counsel:  This is another follow-up on the below emails.  We understand that you are preparing a response and wanted to get a sense of your timing.  Please kindly let us know.  Thanks.

Best,
Jeremy

_____
Jeremy P. Robinson
**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507

**From:** Regan, William M. <william.regan@hoganlovells.com>
**Sent:** Friday, October 17, 2025 2:40 PM
**To:** Jeremy Robinson <Jeremy@blbglaw.com>; Wuertz, Allison M <allison.wuertz@hoganlovells.com>
**Cc:** Lauren Salamon <lsalamon@gelaw.com>; Joseph N. Williams <joe@williamsgroup.law>; Karin Fisch <kfisch@gelaw.com>; James Notis <jnotis@gelaw.com>; Timothy Clark Dauz <tdauz@gelaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Kelly Hogan <Kelly.Hogan@blbglaw.com>
**Subject:** RE: Miller v. Elevance Health, Inc., No. 1:25-cv-00923-JRS-MJD

**[This message is from an external sender]**

We are reviewing the request with our client and will respond next week.

Regards,

Bill


**William Regan**
Partner

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel:        +1 212 918 3000
Direct:    +1 212 918 3060
Fax:        +1 212 918 3100
Email:     william.regan@hoganlovells.com
              www.hoganlovells.com


**From:** Jeremy Robinson <Jeremy@blbglaw.com>
**Sent:** Friday, October 17, 2025 12:45 PM
**To:** Regan, William M. <william.regan@hoganlovells.com>; Wuertz, Allison M <allison.wuertz@hoganlovells.com>
**Cc:** Lauren Salamon <lsalamon@gelaw.com>; Joseph N. Williams <joe@williamsgroup.law>; Karin Fisch <kfisch@gelaw.com>; James Notis <jnotis@gelaw.com>; Timothy Clark Dauz <tdauz@gelaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Kelly Hogan <Kelly.Hogan@blbglaw.com>
**Subject:** RE: Miller v. Elevance Health, Inc., No. 1:25-cv-00923-JRS-MJD

**[EXTERNAL]**
Counsel:  We are following up on the below email. We would appreciate a prompt response. Please let us know if a call would be helpful. Thank you.

Best,
Jeremy


Jeremy P. Robinson
**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507

**From:** Jeremy Robinson
**Sent:** Wednesday, October 15, 2025 5:49 PM
**To:** 'Regan, William M.' <william.regan@hoganlovells.com>; Wuertz, Allison M <allison.wuertz@hoganlovells.com>
**Cc:** Lauren Salamon <lsalamon@gelaw.com>; Joseph N. Williams <joe@williamsgroup.law>; Karin Fisch <kfisch@gelaw.com>; James Notis <jnotis@gelaw.com>; Timothy Clark Dauz <tdauz@gelaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Thomas Sperber <Thomas.Sperber@blbglaw.com>; Kelly Hogan <Kelly.Hogan@blbglaw.com>
**Subject:** RE: Miller v. Elevance Health, Inc., No. 1:25-cv-00923-JRS-MJD - Service of Mr. Haytaian

Counsel,

We write concerning the Consolidated Complaint filed on October 7, 2025 and in particular to address newly discovered information regarding the identity of the maker of the statements at the June 12, 2024 Goldman Sachs conference.  See Consolidated Complaint at ¶¶53, 96-97, 118-19. The Thompson Reuters transcript of the June 12 Goldman Sachs conference attributes those statements to Peter Haytaian. Yesterday, however, Plaintiff for the first time gained access to an audio recording of the June 12 Goldman Sachs conference, which indicates that the statements in question were made by Stephen Tanal.

In drafting the Consolidated Complaint, before we had access to this new audio recording, we reviewed other transcripts with conflicting information as to whether Mr. Tanal or Mr. Haytaian made these statements. Based on our investigation, we cited the Thomson Reuters "Edited Transcript" (see attached) as it appeared to be authentic and correct—and which indicated Mr. Haytaian was the speaker.  See, e.g., pp. 2-3.

We write in good faith to try to get to the bottom of this issue, which is in the best interests of all parties. As counsel for both Messrs. Tanal and Haytaian, we ask that you please promptly confirm your understanding as to which of these two individuals made the statements in question.

Once we have received your confirmation, we ask that the parties work together cooperatively to ensure that the right person is named as a defendant. For example, if necessary, the parties can work together to have a corrected complaint filed, which swaps out one defendant for the correct one and then the other could be voluntarily dismissed. We are also open to considering other options based on Defendants' input.

We look forward to Defendants' prompt response.  Thank you.

Best,
Jeremy

_____
Jeremy P. Robinson
**BLB&G LLP**
Office: 212.554.1492
Mobile: 646.708.0507

**From:** Regan, William M. <william.regan@hoganlovells.com>
**Sent:** Thursday, October 9, 2025 4:38 PM
**To:** Lauren Salamon <lsalamon@gelaw.com>
**Cc:** Wuertz, Allison M <allison.wuertz@hoganlovells.com>; Joseph N. Williams <joe@williamsgroup.law>; Karin Fisch <kfisch@gelaw.com>; James Notis <jnotis@gelaw.com>; Timothy Clark Dauz <tdauz@gelaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Thomas Sperber

<Thomas.Sperber@blbglaw.com>; Kelly Hogan <Kelly.Hogan@blbglaw.com>
**Subject:** Re: Miller v. Elevance Health, Inc., No. 1:25-cv-00923-JRS-MJD - Service of Mr. Haytaian

**[This message is from an external sender]**

We can accept service.

> On Oct 7, 2025, at 5:21 PM, Lauren Salamon <lsalamon@gelaw.com> wrote:

**[EXTERNAL]**
Counsel,

We have just filed our Amended Complaint in Elevance, and you will see that we have added Peter Haytaian as a defendant. Please let us know by tomorrow if you will represent him and, if so, if you are willing to accept service on his behalf. If we don't hear from you by then, we will proceed to personally serve him.

Thank you,

Lauren

**Lauren J. Salamon | Associate**
Grant & Eisenhofer, P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Office: 347.841.8815

LSalamon@gelaw.com

---

"Hogan Lovells" is an international legal practice that includes Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses. Hogan Lovells International LLP is a limited liability partnership registered in England and Wales with registered number OC323639 and is authorised and regulated by the Solicitors Regulation Authority of England and Wales. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.
The word "partner" is used to describe a partner or member of Hogan Lovells International LLP, Hogan Lovells US LLP or any of their affiliated entities or any employee or consultant with equivalent standing. Certain individuals, who are designated as partners, but who are not members of Hogan Lovells International LLP, do not hold qualifications equivalent to members. For more information about Hogan Lovells, the partners and their qualifications, see www.hoganlovells.com.

CONFIDENTIALITY.
This email and any attachments are confidential, except where the email states it can be disclosed. It may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**About Hogan Lovells**

Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.