**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ERIC MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELEVANCE HEALTH, INC., GAIL K. BOUDREAUX, FELICIA F. NORWOOD, MARK B. KAYE, and PETER HAYTAIAN,<br><br>Defendants. | No. 1:25-cv-00923-JRS-MJD<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE A CORRECTED COMPLAINT** |

This matter having come before the Court on the motion ("Motion") of Lead Plaintiff, Stichting juridisch eigenaar Achmea IM Liquid Asset Funds, Stichting Bewaarder Achmea Beleggingspools, and Stichting Bewaarder Syntrus Achmea Beleggingspools ("Lead Plaintiff"), to file a corrected complaint, and the Court having considered all papers and arguments in connection therewith, the Court grants the Motion. Lead Plaintiff is directed to file the corrected complaint attached as Exhibit 2 to the Motion.

SO ORDERED.

Dated: _____, 2025          _____

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.