**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ERIC MILLER, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELEANCE HEALTH, INC., GAIL K. BOUDREAUX, FELICIA F. NORWOOD, MARK B. KAYE, and STEPHEN V. TANAL,<br><br>　　　　　Defendants. | No. 1:25-cv-00923-JRS-MJD |

**RESPONSE TO LEAD PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE A CORRECTED COMPLAINT**

Defendants respectfully submit this response to Lead Plaintiffs' motion for leave to file a corrected complaint (the "Motion"). *See* ECF No. 52. In the Motion, Lead Plaintiffs seek to correct the identity of an Elevance Health, Inc. ("Elevance") employee that they added as a defendant in their recently filed Amended Complaint (ECF No. 49).

**Background**

After the filing of the Amended Complaint, counsel for Lead Plaintiff contacted Defendants' counsel to ask Elevance to confirm whether Peter Haytaian or Stephen Tanal was the speaker of a particular statement in the Amended Complaint. Defendants' counsel agreed to review the request with Elevance. Due to international travel and other commitments, Defendants' counsel were still in the process of consulting with Elevance on the response to Plaintiffs' counsel when Lead Plaintiffs filed the Motion approximately two weeks after initially raising the issue.

1

**<u>Defendants' Position</u>**

After completing their review, Defendants do not oppose the Motion.  Should the Court grant Lead Plaintiff's motion, Defendants are prepared to respond to the proposed Corrected Amended Complaint (ECF No. 52-2) on November 12, 2025, as set by the Court in its September 11, 2025 order.  *See* ECF No. 48.

Dated: November 10, 2025

HOGAN LOVELLS US LLP

*s/ William M. Regan*

William M. Regan (admitted *pro hac vice*)
Allison M. Wuertz (admitted *pro hac vice*)
Jacey L. Gottlieb (admitted *pro hac vice*)
Mickaela Fouad (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
(212) 918-3000 (p)
(212) 918-3100 (f)
allison.wuertz@hoganlovells.com
william.regan@hoganlovells.com
jacey.gottlieb@hoganlovells.com
mickaela.fouad@hoganlovells.com

- and –

FROST BROWN TODD LLP

Kandi Kilkelly Hidde (#18033-49)
Darren A. Craig (#25534-49)
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
(317) 237-3800 (p)
(317) 237-3900 (f)
khidde@fbtlaw.com
dcraig@fbtlaw.com

*Attorneys for Defendants*
