**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| ERIC MILLER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ELEVANCE HEALTH, INC., GAIL K. BOUDREAUX, FELICIA F. NORWOOD, MARK B. KAYE, and STEPHEN V. TANAL,<br><br>                    Defendants. | No. 1:25-cv-00923-JRS-MJD |

**MOTION TO DISMISS THE
CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants Elevance Health, Inc., Gail K. Boudreaux, Felicia F. Norwood, Mark B. Kaye, and Stephen V. Tanal (collectively, "Defendants"), in accordance with the Private Securities Litigation Reform Act of 1995 and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss the Corrected Consolidated Class Action Complaint filed by Lead Plaintiffs Achmea/Blue Sky[1] (collectively, "Plaintiffs"). As explained in detail in the brief Defendants are filing in support of this motion, including the declaration of William M. Regan and its exhibits, all of Plaintiffs' claims fail as a matter of law.

WHEREFORE, Defendants request that the Court dismiss Plaintiffs' Corrected Consolidated Class Action Complaint, with prejudice and enter judgment in Defendants' favor and against Plaintiff.

---

[1]     "Achmea/Blue Sky" refer to the following related entities: Stichting juridisch eigenaar Achmea IM Liquid Asset Funds; Stichting Bewaarder Achmea Beleggingspools; and Stichting Bewaarder Syntrus Achmea Beleggingspools. Achmea Investment Management B.V., which recently completed its acquisition of Blue Sky Group Asset Management.

Dated:  November 12, 2025

**HOGAN LOVELLS US LLP**

By: */s/ William M. Regan*
William M. Regan (admitted *pro hac vice*)
Allison M. Wuertz (admitted *pro hac vice*)
Jacey L. Gottlieb (admitted *pro hac vice*)
Mickaela Fouad (admitted *pro hac vice*)
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
william.regan@hoganlovells.com
allison.wuertz@hoganlovells.com
jacey.gottlieb@hoganlovells.com
mickaela.fouad@hoganlovells.com

**FROST BROWN TODD LLP**

Kandi Kilkelly Hidde (#18033-49)
Darren A. Craig (#25534-49)
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
(317) 237-3800 (p)
(317) 237-3900 (f)
khidde@fbtlaw.com
dcraig@fbtlaw.com

*Attorneys for Defendants*

2