**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ERIC MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELEVANCE HEALTH, INC., GAIL K. BOUDREAUX, FELICIA F. NORWOOD, MARK B. KAYE, and STEPHEN V. TANAL,<br><br>Defendants. | No. 1:25-cv-00923-JRS-MJD<br><br>CLASS ACTION<br><br><br>**LEAD PLAINTIFF'S RESPONSE TO DEFENDANTS' VERIFIED MOTION FOR LEAVE TO ACCEPT BELATEDLY FILED BRIEF AND FILE CORRECTED BRIEF AND CORRECTED EXHIBITS IN SUPPORT OF MOTION TO DISMISS** |

Lead Plaintiff, Stichting juridisch eigenaar Achmea IM Liquid Asset Funds, Stichting Bewaarder Achmea Beleggingspools, and Stichting Bewaarder Syntrus Achmea Beleggingspools ("Lead Plaintiff"), by and through its undersigned counsel, hereby respectfully submits this response to Defendants' Motion for Leave to Accept Belatedly Filed Memorandum of Law and to File a Corrected Memorandum of Law in Support of Defendants' Motion to Dismiss and Corrected Exhibits (the "Motion"). (ECF No. 57).

1.      On November 13, 2025, counsel for Defendants contacted Lead Plaintiff's counsel ("Lead Counsel") to ask for its position on the Motion. Lead Counsel responded before 12 p.m. asking to see drafts of Defendants' proposed filing. Defendants did not send their Motion papers until after close of business. Later that evening, Defendants filed the Motion without giving Lead Counsel a reasonable opportunity to review the Motion papers and provide Lead Plaintiff's position.

2.      Having now completed a review of the Motion, Lead Plaintiff takes no position on the relief requested. Should the Court grant the Motion, Lead Plaintiff is prepared to respond in opposition to the corrected motion to dismiss brief (ECF No. 57-1) on December 18, 2025, as set by the Court in its September 11, 2025 order. *See* ECF No. 48.

Dated: November 14, 2025

**WILLIAMS LAW GROUP, LLC**

*/s/ Joseph N. Williams*
Joseph N. Williams
1101 North Delaware Street
Indianapolis, IN 46202
Tel.: 317-633-5270
joe@williamsgroup.law

*Local Counsel for Lead Plaintiff*
*Achmea/Blue Sky*

**GRANT & EISENHOFER P.A.**
Karin E. Fisch
James S. Notis
Lauren J. Salamon
Timothy Clark B. Dauz
485 Lexington Avenue
New York, NY 10017
Tel.: 646-722-8500
kfisch@gelaw.com
jnotis@gelaw.com
lsalamon@gelaw.com
tdauz@gelaw.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano
Jeremy Robinson
Thomas Sperber
Kelly Hogan
1251 Avenue of the Americas
New York, NY 10020
Tel.: 212-544-1400
salvatore@blbg.com
jeremy.robinson@blbglaw.com
thomas.sperber@blbglaw.com
kelly.hogan@blbglaw.com

*Lead Counsel for Lead Plaintiff
Achmea/Blue Sky*

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of November, 2025, the foregoing was filed

electronically and served upon counsel of record via the Court's ECF filing system.

/s/ *Joseph N. Williams*