UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ERIC MILLER, et al.,                     )
                                         )
                Plaintiffs,              )
                                         )
        v.                               )      No. 1:25-cv-00923-JRS-MJD
                                         )
ELEVANCE HEALTH, INC., et al.,           )
                                         )
                Defendants.              )

**ORDER**

This matter is before the Court on Plaintiffs' unopposed Motion for Leave to File a Corrected Complaint.  [Dkt. 52.]  The motion is **GRANTED**.  Plaintiffs shall file their corrected Consolidated Class Action Complaint, in substantively the same form as that found at Docket Number 52-2, **on or before November 18, 2025**.

Also pending before the Court is Defendants' Motion to Dismiss the Corrected Consolidated Class Action Complaint, [Dkt. 54].  That motion is **DENIED AS PREMATURE**, as it seeks to dismiss a complaint that has not yet been filed.  Defendants' Verified Motion for Leave to Accept Belatedly Filed Brief and File Corrected Brief and Corrected Exhibits in Support of Motion to Dismiss, [Dkt. 57], accordingly also is **DENIED**, as it is unnecessary.  Defendants may file their motion to dismiss the corrected Consolidated Class Action Complaint after the corrected Consolidated Class Action Complaint is filed by Plaintiffs.

SO ORDERED.

Dated:  14 NOV 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.