**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| ERIC MILLER, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELEVANCE HEALTH, INC., GAIL K. BOUDREAUX, FELICIA F. NORWOOD, MARK B. KAYE, and STEPHEN V. TANAL,<br><br>  Defendants. | No. 1:25-cv-00923-JRS-MJD |

**DECLARATION OF WILLIAM M. REGAN IN SUPPORT**
**OF DEFENDANTS' MOTION TO DISMISS THE**
**CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

I, William M. Regan, declare as follows:

1.  I am an attorney at Hogan Lovells US LLP and am licensed to practice law in New York state.  I am admitted *pro hac vice* to this Court and I am counsel for Defendants Elevance Health, Inc., Gail K. Boudreaux, Felicia F. Norwood, Mark B. Kaye, and Stephen V. Tanal (collectively, "Defendants") in this matter.  I am an adult and am competent to make this Declaration. I have personal knowledge of the facts stated herein, or they are known to me through my duties and responsibilities as counsel for Defendants.

2.  I make this declaration in support of Defendants' Motion to Dismiss the Corrected Consolidated Class Action Complaint.

3.  Attached hereto are true and correct copies of the following documents, as referenced in the supporting brief of the motion listed above.

| Exhibit No. | Description |
|---|---|
| 1 | Elevance Health, Inc. Q4 2023 Earnings Presentation (dated January 24, 2024) |
| 2 | Elevance Health, Inc. 2024 Form 10-K (Excerpted) |
| 3 | Elevance Health, Inc. 2025 Form 10-K (Excerpted) |
| 4 | Elevance Health, Inc. 2023 Form 10-K (Excerpted) |
| 5 | Elevance Health, Inc. 2022 Form 10-K (Excerpted) |
| 6 | Elevance Health, Inc. 2021 Form 10-K (Excerpted) |
| 7 | Elevance Health, Inc. 2020 Form 10-K (Excerpted) |
| 8 | Elevance Health, Inc. Q2 2023 Form 10-Q/A (Excerpted) |
| 9 | Elevance Health, Inc. Q3 2023 Form 10-Q (Excerpted) |
| 10 | Elevance Health, Inc. Q1 2024 Form 10-Q (Excerpted) |
| 11 | Elevance Health, Inc. Q2 2024 Form 10-Q (Excerpted) |
| 12 | Elevance Health, Inc. Q3 2024 Form 10-Q (Excerpted) |
| 13 | Elevance Health, Inc. Q4 and FY 2023 Earnings Release (dated January 24, 2024) |
| 14 | Elevance Health, Inc. Q4 2023 Earnings Call Transcript (dated January 24, 2024) |
| 15 | Elevance Health, Inc. Q1 2024 Earnings Call Transcript (dated April 18, 2024) |
| 16 | Elevance Health, Inc. Company Conference Presentation (dated June 12, 2024) |
| 17 | Elevance Health, Inc. Q2 2024 Earnings Release (dated July 17, 2024) |
| 18 | Elevance Health, Inc. Q2 2024 Earnings Call Transcript (dated July 17, 2024) |
| 19 | Elevance Health, Inc. Q3 2024 Earnings Release (dated October 17, 2024) |
| 20 | Elevance Health, Inc. Q3 2024 Earnings Call Transcript (dated October 17, 2024) |
| 21 | Elevance Health, Inc. Q4 and FY 2024 Earnings Release (dated January 23, 2025) |
| 22 | Elevance Health, Inc. Insider Trading Policy |
| 23 | Elevance Health, Inc. Historical Stock Price Chart |
| 24 | Gail Boudreaux SEC Form 4 (dated July 23, 2024) |
| 25 | Elevance Health, Inc. 2024 Proxy Statement (dated March 29, 2024) (Excerpted) |
| 26 | Felicia Norwood SEC Form 4 (dated March 5, 2024) |
| 27 | Gail Boudreaux SEC Form 4 (dated March 5, 2024) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2025                    */s/ William M. Regan*
                                            William M. Regan