# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

|  |  |
|---|---|
| ERIC MILLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELEVANCE HEALTH, INC., GAIL K. BOUDREAUX, FELICIA F. NORWOOD, MARK B. KAYE, and PETER HAYTAIAN,<br><br>Defendants. | No. 1:25-cv-00923-JRS-MJD<br><br>**CLASS ACTION** |

**DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

I, **Jeremy P. Robinson**, declare as follows:

1.      I am a partner at Bernstein Litowitz Berger & Grossmann LLP and am licensed to practice law in New York state. I am admitted pro hac vice to this Court and I am counsel for Lead Plaintiff Stichting juridisch eigenaar Achmea IM Liquid Asset Funds, Stichting Bewaarder Achmea Beleggingspools, and Stichting Bewaarder Syntrus Achmea Beleggingspools (collectively, "Lead Plaintiff") in this matter. I am an adult and am competent to make this Declaration. I have personal knowledge of the facts stated herein, or they are known to me through my duties and responsibilities as counsel for the Lead Plaintiff.

2.      I make this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Corrected Consolidated Class Action Complaint.

3.      Attached hereto are true and correct copies of the following documents, as referenced in the Lead Plaintiff's Opposition to Defendants' Motion:

> Exhibit A:      Excerpt from Elevance Health, Inc.'s Form 10-K for the year fiscal year ended December 31, 2022;
>
> Exhibit B:      Excerpt from Elevance Health, Inc.'s, f/k/a Anthem, Inc., Form 10-K for the year fiscal year ended December 31, 2021;
>
> Exhibit C:      Excerpt from Elevance Health, Inc.'s, f/k/a Anthem, Inc., Form 10-K for the year fiscal year ended December 31, 2020; and,
>
> Exhibit D:      Excerpt from Elevance Health, Inc.'s, f/k/a Anthem, Inc., Form 10-K for the year fiscal year ended December 31, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jeremy P. Robinson*
Salvatore J. Graziano (*pro hac vice*)
Jeremy Robinson (*pro hac vice*)
Thomas Sperber (*pro hac vice*)
Kelly Hogan (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Tel.: 212-544-1400
salvatore@blbglaw.com
jeremy.robinson@blbglaw.com
thomas.sperber@blbglaw.com
kelly.hogan@blbglaw.com

**GRANT & EISENHOFER P.A.**
Karin E. Fisch
James S. Notis
Lauren J. Salamon
Timothy Clark B. Dauz
485 Lexington Avenue
New York, NY 10017
Tel.: 646-722-8500
kfisch@gelaw.com
jnotis@gelaw.com
lsalamon@gelaw.com
tdauz@gelaw.com

*Lead Counsel for Lead Plaintiff
Achmea/Blue Sky*

**WILLIAMS LAW GROUP, LLC**

/s/ Joseph N. Williams
Joseph N. Williams
1101 North Delaware Street
Indianapolis, IN 46202
Tel.: 317-633-5270
joe@williamsgroup.law

*Local Counsel for Lead Plaintiff
Achmea/Blue Sky*

3

## CERTIFICATE OF SERVICE

I certify that on the 18th day of December 2025, the foregoing was filed

electronically and served upon counsel of record via the Court's ECF filing system.

*/s/ Joseph N. Williams*